**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

TREVOR W. CARLOW                            :
732 Meadow Wood Avenue,                     :     CIVIL ACTION NO.
Pottstown, Pennsylvania 19465               :
                                            :
        v.                                  :
                                            :
THE PROGRESSIVE CORPORATION                 :     **COMPLAINT AND JURY DEMAND**
300 North Commons Boulevard                 :
Mayfield Village, Ohio 44143                :
                                            :

<u>**CIVIL ACTION COMPLAINT**</u>

<u>**THE PARTIES**</u>

1.      Plaintiff, Trevor W. Carlow (hereinafter referred to as "Plaintiff", and/or "Trevor"), is an adult individual; citizen and resident of the Commonwealth of Pennsylvania; and, resides at 732 Meadow Wood Avenue, Pottstown, PA 19465.

2.      Defendant, The Progressive Corporation (hereinafter referred to as "Progressive" and/or "Defendant Interinsurance"), is a corporation or other business entity authorized and licensed to sell and provide automobile financial responsibility insurance in the Commonwealth of Pennsylvania with its domicile and principal place of business located at 300 North Commons Boulevard, Mayfield Village, Ohio 44143.

<u>**JURISDICTION**</u>

3.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1332(a)(1) in that "the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States."

4.      Venue over this action is appropriate in this matter pursuant to 28 U.S.C. 1391(a)(2), in the Eastern District of Pennsylvania in that it is where a substantial part of the events or

omissions given rise to the claim occurred.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

5.     Plaintiff avers and incorporates by reference, the averments of Paragraphs 1 through 5 as though the same were fully set forth herein.

6.     At all times material to this Civil Action, Plaintiff, Trevor W. Carlow, had a valid contract with the Defendant, Progressive, consisting of a policy of automobile insurance, Policy No. 954396286 covering the aforesaid motor vehicle.  (See Declarations Page attached as Exhibit "A").

7.     At all times relevant and material to this Civil Action, Plaintiff, Trevor W. Carlow, owned, operated, managed, possessed, controlled and/or leased a 2020 Harley-Davidson FLTRXS Road Glide Special, Pennsylvania License Plate No. 6IZ09.

8.     On or about August 20, 2024 at approximately 4:04 P.M., Plaintiff, Trevor W. Carlow, was the lawful operator of the aforementioned motorcycle, stopped in traffic northbound at or near 300 Armand Hammer Boulevard, in Pottstown, Pennsylvania when Plaintiff was struck by Luis Omar Rodriguez (hereinafter referred to as the "underinsured motorist") who was also operating his vehicle northbound on Armand Hammer Boulevard, while trying to pass Plaintiff by traveling in the right-hand shoulder/grass, causing Plaintiff to sustain severe and grievous injuries hereinafter more fully set forth.

9.     The underinsured motorist was careless and negligent in the operation of her vehicle so as to cause this collision resulting in serious and permanent injuries and damages to Plaintiff, Trevor W. Carlow.

10. The aforesaid motor vehicle accident was caused solely by reason of the negligence, carelessness and/or recklessness of the underinsured motorist and in addition to the aforementioned, consisted of the following:

a) Operating a motor vehicle at a high and dangerous rate of speed under the circumstances;

b) Failing to have a motor vehicle under proper control at that time;

c) Failure to use the highest degree of skill in the operation of a motor vehicle;

d) Failing to keep a proper lookout for others including other vehicles, lawfully travelling upon the roadway;

e) Continuing to operate a vehicle in a direction toward the vehicle occupied by Plaintiff, Trevor W. Carlow, when underinsured motorist, Luis Omar Rodriguez, saw, or in the exercise of reasonable diligence should have seen that further operation in that direction would result in a collision;

f) Failing to stop the motor vehicle upon the shortest possible notice;

g) Operating a motor vehicle in violation of the laws and ordinances of County of Montgomery and Commonwealth of Pennsylvania including 75 Pa. C.S.A. Section 3301, 3304, et seq.;

h) Violating the assured clear distance ahead rule; and,

i) Failing to yield the right of way to Plaintiff's vehicle.

11. As a direct and proximate result of the negligence of the underinsured motorist, Plaintiff, Trevor W. Carlow, suffered and will continue to suffer from severe and permanent injuries to his bones, joints, muscles, tendons, blood vessels, and soft tissues throughout his entire body, injuries to his, lower back, hips, and lower extremities, including but not limited to L2-3,

L4-5, and L5-S1 bulges; lumbago  with sciatica; spinal instabilities, cervicobrachial syndrome; cervicocranial syndrome; sprain of the sacroiliac joint, sacroiliitis and various other ills and injuries; all of which injuries have, in the past, and will, in the future, cause Plaintiff, Trevor W. Carlow, great pain and suffering, are serious and permanent in nature, and have caused Plaintiff herein serious and/or permanent impairments of bodily functions.

12. On the date of the aforesaid collision, the vehicle driven by Luis Omar Rodriguez, was insured, but with a policy of $15,000.00 per person and $30,000.00 per accident, which coverage is inadequate coverage to fully compensate the Plaintiff herein for the injuries and damages he sustained and, thus, that vehicle and its driver were underinsured.

13. On the date of the aforesaid collision, Plaintiff, Trevor W. Carlow's motor vehicle was insured under a policy of insurance issued by Defendant, Progressive, with underinsured motorist limits of $250,000.00 per person and $500,000.00 per accident.

14. On or about December 8, 2025, Plaintiff requested that the Defendant, Progressive, give Plaintiff its consent to settle with the underinsured tortfeasor and asserted a claim for underinsured motorist benefits. Defendant granted consent to settle on December 30, 2025.

## COUNT I – BREACH OF CONTRACT
## TREVOR W. CARLOW v. PROGRESSIVE

15. Plaintiff, Trevor W. Carlow, incorporates by reference the allegations contained in Paragraphs 1 through 14, inclusive, of this Complaint as though the same were set forth herein more fully at length.

16. The aforesaid accident was the direct and proximate result of the carelessness and negligence of the underinsured motorist and was due in no part to any act or failure to act on the part of Plaintiff, Trevor W. Carlow.

17.    As a direct and proximate result of the carelessness and negligence of the aforesaid underinsured motorist, Plaintiff, Trevor W. Carlow, was, is and will be required to undergo medical treatment and incur medical costs and expenses in order to alleviate said injuries, pain and suffering.

18.    As a direct and proximate result of the carelessness and negligence of the aforesaid underinsured motorist, Plaintiff, Trevor W. Carlow, was, is and will be precluded from engaging in his normal activities and pursuits.

19.    The medical documentation Plaintiff has provided to Progressive establishes that as a result of the accident caused by the underinsured motorist, Plaintiff, Trevor W. Carlow, sustained permanent injuries resulting in permanent residual disability.

20.    Defendant has ignored or has acted with reckless indifference to the proofs submitted by Plaintiff, Trevor W. Carlow, which clearly establish Plaintiff's entitlement to underinsured motorist benefits.

21.    Defendant, Progressive, has never had Plaintiff, Trevor W. Carlow, examined by any physician and, therefore, has no medical evidence or documentation of its own to refute Plaintiff's medical evidence which clearly establishes that Plaintiff's injuries.

22.    Despite having no medical evidence of its own to refute Plaintiff, Trevor W. Carlow's medical evidence, Defendant, Progressive, without any justification, refused to pay Plaintiff's underinsured motorist benefits under the policy issued to Plaintiff, requiring Plaintiff to file suit to obtain those benefits.

22.    Further, Plaintiff, Trevor W. Carlow has accumulated medical bills and expenses which are or may be recoverable from the underinsured motorist policy herein.

23.    Plaintiff has paid Defendant good and valuable consideration for an underinsured motorist benefits policy pursuant to a contract of insurance but despite same, Defendant has failed or refused to pay such benefits to Plaintiff.

**WHEREFORE,** Plaintiff demands judgment in his favor and against Defendant, Progressive, in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) together with interest, costs of suit.

## JURY DEMAND

Plaintiff herein demands a jury trial.

Respectfully submitted,

**TABAKINWOLFE, LLP**

BY:_____
BRAD S. TABAKIN, ESQUIRE
Attorney I.D. NO. 65649
brad@twnlegal.com

BY:_____
RICHARD A. WOLFE, ESQUIRE
Attorney I.D. NO. 78944
rich@twnlegal.com

Office Court at Blue Bell
587 Skippack Pike, Suite 300
Blue Bell, PA 19462
(215) 525-1616 – phone
(215) 525-5858 – facsimile

*Attorneys for Plaintiff,*
*Trevor W. Carlow*